# Third District Court of Appeal

## State of Florida

Opinion filed July 19, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1874
Lower Tribunal No. ADD2KJE
_____

**Lester J. Ramirez-Rodriguez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the County Court for Miami-Dade County, Cristina Rivera Correa, Judge.

Lester J. Ramirez-Rodriguez, in proper person.

Ashley Moody, Attorney General, and Sandra Lipman, Senior Assistant Attorney General, for appellee.

Before FERNANDEZ, SCALES, and LINDSEY, JJ.

PER CURIAM.

Affirmed.